UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| EDWARD BURGDORF., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:15CV329 RWS |
| | ) | |
| WILLIAM MCKINNEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before me on plaintiff's motion a 30-day extension of time to file a response to defendants' answer. Plaintiff should review the Federal Rules of Civil Procedure, as he is expected to comply with them, as well as all applicable local rules, while prosecuting his case *pro se*. Plaintiff is also reminded to comply with the obligations set out in the case management order, which includes fast-approaching deadlines. If, after review of the rules, plaintiff still desires to file a response to defendants' answer, he shall file said proposed response with a motion to seek leave to do so.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for an extension of time [#14] is denied without prejudice.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 13th day of May, 2015.